CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

BREEZEE, ET AL.

_____
                        Plaintiff(s)

   vs.                                                           Civil Action No.: __1:23-cv-3392-BAH__

ISLAMIC REPUBLIC OF IRAN

_____
                        Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

     I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the __summons and complaint__ (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

The Islamic Republic of Iran via diplomatic service, U.S. Department of State, Office of Legal Affairs, Overseas Citizen Services, Bureau of Consular Affairs, CA/OCS/L, SA-17, 10th Floor, Washington, DC 20522-1710

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☐ DHL
- ☒ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☐ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☒ 28 U.S.C. § 1608(a)(4)

     I certify that this method of service is authorized by the domestic law of (name of country): __United States of America, Foreign Sovereign Immunities Act, 28 USC 1608(a)(4)__, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

                                                               /s Joshua M. Ambush
                                                                     (Signature)

Joshua M. Ambush
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road, Suite 303
Baltimore, MD  21208

                                                                  (Name and Address)