**No SERVICE**

## FedEx Express — International Air Waybill

For FedEx services worldwide. Packages up to 150 lbs. (68 kg), excluding dangerous goods.
Not all services and options are available to all destinations.

**PEEL HERE ▶**

**1 From**

Date 12/28/23

Sender's FedEx Account Number: H8531498-5

Sender's Name: Joshua M. Ambush   Phone 410 484-2070

Company: LAW OFFICES OF JOSHUA M. AMBUS

Address: 106 OLD COURT RD STE 303

City: PIKESVILLE   State/Province: MD

Country/Territory: US   ZIP/Postal Code: 21208-4676

Email Address: trice@ambushlaw.com

Internal Billing Reference: KB Breezee

**To**

Recipient's ...

28 ☐ Residential Delivery

AA
INTL ECONOMY
21208
MD-US
BWI

156 0071

ZFEA

**FedEx Tracking Number** 8177 3156 0071 0402   Form ID No.

**4 Express Package Service**

06 ☒ FedEx Intl. First   2A ☐ FedEx Intl. Priority Express
Delivery by noon to select locations.
2P ☐ FedEx Intl. Priority   03 ☐ FedEx Intl. Economy
Delivery by end of the

**5 Packaging**

06 ☒ FedEx Envelope   02 ☐ FedEx Pak   03 ☐ FedEx Box   04 ☐ FedEx Tube
15 ☐ FedEx 10kg Box   25 ☐ FedEx 25kg Box   01 ☐ Other

**6 Special Handling and Delivery Signature Options**

---

### FedEx Express — Attention Sender

**THIS SHIPMENT IS BEING RETURNED FOR THE FOLLOWING REASON(S):**

☐ Refused by recipient: _____
☐ Recipient moved and left no forwarding address or phone number.
☐ Recipient was not in when we attempted delivery, and we were not authorized to leave shipment without a signature.
☐ Recipient's address on your shipment was incorrect and/or incomplete, and we were unable to obtain the correct address.

☐ A P.O. box number was the only address given or obtainable.
☐ We were unable to collect C.O.D. charges.
☐ Shipper requested return: _____
☐ Shipment returned if undelivered after 5 days.
☒ Other: No Service to Area

Questions? Go to our Web site at fedex.com. Call 1.800.Go.FedEx. 1.800.463.3339.

159396 REV 8/08 RRD

---

1 ☐ Acct No. in Section 1 will be billed   2 ☐ Recipient   3 ☐ Third Party

FedEx Acct No. See Section 1

**8 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and
U.S. State Department License of certain dangerous goods. Certain international treaties, including the Warsaw Convention
and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.

Sender's Signature: _____

documents   USA

710