

**United States Department of State**

*Washington, D.C.   20520*

June 12, 2024

Ms. Angela D. Caesar
United States District Court
For the District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

Re: *Jason M. Breezee, et al. v. Islamic Republic of Iran,* 1:23-cv-03392-BAH

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of a Summons, Complaint, and Notice of Suit to the Government of the Islamic Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1026-IE, dated April 4, 2024, and delivered on May 7, 2024. A certified copy of the diplomatic note is enclosed.*

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

**RECEIVED**
JUN 24 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

---

* Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses. *See* https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html.

Cc:  Law Office of Joshua Ambush
     106 Old Court Rd., Suite 303
     Baltimore, MD 21208