Default - Rule 55A                                                              (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

JASON M. BREEZEE et al

        Plaintiff(s)

v.

Civil Action: 1:23-cv-03392-BAH

ISLAMIC REPUBLIC OF IRAN

        Defendant(s)

**RE:** ISLAMIC REPUBLIC OF IRAN

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 5/7/2024, and an affidavit on behalf of the plaintiff having been filed, it is this 9th day of July, 2024 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ Michele M. Grady
        Deputy Clerk