# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON M. BREEZEE., *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No.  1:23-cv-03392 (BAH) |
| | * | |
| ISLAMIC REPUBLIC OF IRAN, | * | |
| | * | |
| | * | |
| Defendant. | * | |

*************************************************************************

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND TO TAKE JUDICIAL NOTICE OF EVIDENCE IN PRIOR RELATED CASES

Pursuant to Federal Rule of Civil Procedure 55(b), 28 U.S.C. § 1608(e), and LCvR 7, Plaintiffs respectfully move for this Court to take judicial notice of evidence from prior related cases and for entry of default judgment against Defendant, the Islamic Republic of Iran, on both liability and damages. In support of this motion, Plaintiffs submit declarations and documentary evidence addressing damages.

The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities.

Dated: December 19, 2024                                                                  Respectfully Submitted,

            */s/ Joshua M. Ambush*
Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road
Suite 303
Baltimore, Maryland 21208
Phone: (410) 484-2070
Fax: (410) 484-9330
Email: joshua@ambushlaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON M. BREEZEE, *et al.*, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   Case No. 1:23-cv-03392 (BAH) |
| | * |
| ISLAMIC REPUBLIC | * |
| OF IRAN, | * |
| | * |
| Defendant. | * |

*****************************************************************************

## ORDER

Upon consideration of Plaintiffs' Motion to Take Judicial Notice of Evidence in Prior Related Cases and for Entry of Default Judgment, Plaintiffs' accompanying supporting Memorandum and Declarations, and it appearing that Plaintiffs' Motion is well-founded, the Court hereby

GRANTS Plaintiffs' Motion and enters a Default Judgment in favor of Plaintiffs and against the Defendant the Islamic Republic of Iran and awards damages in the amounts further detailed in the Memorandum Opinion and Order filed herewith.

SO ORDERED on this _____ day of _____, 202_.

_____
The Honorable Beryl A. Howell