ORIGIN ID:ZFEA (410) 484-2070
JOSHUA M. AMBUSH
JOSHUA M. AMBUSH, LLC
106 OLD COURT ROAD
SUITE 303
BALTIMORE, MD 21208
UNITED STATES US

SHIP DATE: 08AUG25
ACTWGT: 1.00 LB
CAD: 101187522/INET4535

BILL SENDER

TO **JARED HESS, ESQUIRE**
**OFFICE OF LEGAL AFFAIRS**
**SA CA OCS L**
**SA-17, 10TH FLOOR**
**WASHINGTON DC 20522**
(202) 485-6173  REF:
INV:
PO:  DEPT:



MON - 11 AUG 10:30A
TRK# 8834 2094 7015  PRIORITY OVERNIGHT
[0201]

20522
**19 KMDA**  DC-US  IAD

