**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JASON M. BREEZEE., *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No. 1:23-cv-03392 (BAH) |
| | * | |
| ISLAMIC REPUBLIC | * | |
| OF IRAN, | * | |
| | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' RENEWED MOTION FOR DEFAULT JUDGMENT AND TO TAKE JUDICIAL NOTICE OF EVIDENCE IN PRIOR RELATED CASES**

Pursuant to Federal Rule of Civil Procedure 55(b), 28 U.S.C. § 1608(e), and LCvR 7, Plaintiffs respectfully move for this Court to take judicial notice of evidence from prior related cases and for entry of default judgment against Defendant, the Islamic Republic of Iran, on both liability and damages. In support of this motion, Plaintiffs submit declarations and documentary evidence addressing damages.

The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities.

Dated: September 11, 2025                                                                 Respectfully Submitted,

                                                                                            */s/ Joshua M. Ambush*
                                                                          Joshua M. Ambush (Bar No. MD 27025)
                                                                          Law Offices of Joshua M. Ambush, LLC
                                                                                              106 Old Court Road
                                                                                                       Suite 303
                                                                                    Baltimore, Maryland 21208
                                                                                         Phone: (410) 484-2070
                                                                                            Fax: (410) 484-9330
                                                                             Email: joshua@ambushlaw.com