IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON M. BREEZEE, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No. 1:23-cv-03392 (BAH) |
| | * | |
| ISLAMIC REPUBLIC OF IRAN, | * | |
| | * | |
| | * | |
| Defendant. | * | |

***

### DECLARATION OF MARIA A. HALE

I, **Maria A. Hale**, being competent to testify to the facts stated herein, and pursuant to 28 U.S.C. §1746, hereby declare as follows:

1. I am a United States citizen and a resident of Texas. A true and correct copy of my birth certificate is attached hereto as Exhibit 1.

2. I am the wife of Shawn K. Hale, a U.S. citizen and a member of the U.S. Air Force who was seriously injured in the Khobar Towers bombing. A true and correct copy of our marriage certificate is attached hereto as Exhibit 2.

3. Shawn was a plaintiff in *Schooley v. Islamic Republic of Iran*, 17-1376 (D.D.C. 2019) and was awarded damages for the injuries he sustained in the Khobar Towers bombing.

4. Aside from the above captioned case, I have never taken any legal action related to the attack on Khobar Towers in Dhahran, Saudi Arabia on June 25, 1996.

5. On June 25, 1996, my husband, Shawn K. Hale, was a service member in the United States Air Force deployed to Saudi Arabia. He was quartered at Khobar Towers, a housing complex for United States Air Force personnel in Dhahran, Saudi Arabia, when terrorists detonated a truck bomb next to the complex. Shawn sustained multiple lacerations and glass shrapnel wounds to his body and glass shards and splinters in his eyes and face that left him with a lacerated eyelid and

REDACTED

rendered him virtually blind. He required five surgeries for his injuries. To this day he suffers from near blindness, disfigurement, and scarring, and PTSD and other mental and/or emotional injuries as a result of the Khobar Towers bombing. He was awarded the Purple Heart for his injuries.

6.      On June 25, 1996, I was stationed at Eielson Air Force Base in Alaska. As I prepared to get ready for work, alone in my dorm room, I received a call from my sister-in-law, Tiffawnie Sierra Hale. She had been driving back home in Carlsbad, New Mexico and heard a news report on the radio regarding a bombing in Saudi Arabia. She was not frantic, and for a moment as we spoke we thought maybe she heard incorrectly of the place, or perhaps it was a report from a previous incident we were unaware of the details since she did not listen fully to the report. I let her know I would try to contact Shawn; unfortunately, I could not reach him or the shop in Saudi Arabia. I then attempted to contact his stateside reporting base Nellis Air Force Base in Las Vegas, to see if they had heard anything. At the time of the call, the base had not been alerted of any incident or concern. It would be three anxiety-filled days before I would hear his voice and know the severity of his injuries.

7.      Attached hereto as Exhibit 3 is a true and correct copy of a newspaper article featuring a picture of Shawn being transported by ambulance after the attack.

8.      My husband and I were very young at the time of the incident. I was 19 and he was 22. When he returned to the United States he was taken to Walter Reed Medical Center (WRMC) for further medical care. I joined him at the WRMC to support him through a number of surgeries. Once he returned back home, I cared for my husband by taking him to doctor appointments and placing drops and gels in his eye per his prescription. I also dropped him at the airport several times for checkups where he would fly to Lackland Air Force Base in Texas. Since the bombing, Shawn has suffered from nightmares and shakes at night during his sleep. During these episodes, I will care for him by talking to him or simply just holding him.

REDACTED

9. This incident has taken its toll emotionally on us over the years. It is not something we discuss daily, but it is something we are keenly aware of every day. Since the bombing my husband has not celebrated the 4th of July with full fireworks; he prefers not to be in large crowds and always sits where he can have a full view of entrances and exits if he decides to be in large venues. I still remember walking hand in hand the first 4th of July after the attack, when a firework went off, and having to pull him back towards me as he tried to dive into a grassy patch near him. Awareness has become our normal; our children know to make sure dad has a seat with the full view.  can wholeheartedly say that I have been conditioned emotionally to attend to my husband's need for comfort and safety.

10. This has been very difficult to revisit. I pulled the album I had put together about the bombing, and I realize I have not completely resolved the pain from this event in our lives. Attached hereto as Exhibit 4 is a true and correct copy of a letter I wrote as part of a photo album I dedicated to my husband five weeks after the Khobar Towers bombing.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: 10/14/2024           Signature: *Maria A. Yale*
              Date

3

REDACTED

# EXHIBIT 1

REDACTED

## STATE OF CALIFORNIA
### CERTIFICATION OF VITAL RECORD

**COUNTY OF LOS ANGELES • REGISTRAR-RECORDER/COUNTY CLERK**

### CERTIFICATE OF LIVE BIRTH
STATE OF CALIFORNIA—DEPARTMENT OF HEALTH

REDACTED — LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

**THIS CHILD**
- 1A. NAME OF CHILD—FIRST NAME: MARIA
- 1B. MIDDLE NAME: ALICIA
- 1C. LAST NAME: TERAN
- 2. SEX: FEMALE
- 3A. THIS BIRTH, SINGLE, TWIN, OR TRIPLET: SINGLE
- 3B. IF TWIN OR TRIPLET, THIS CHILD BORN 1ST, 2ND, 3RD:
- 4A. DATE OF BIRTH—MONTH, DAY, YEAR: REDACTED
- 4B. HOUR: 12:25 A.M.

**PLACE OF BIRTH**
- 5A. PLACE OF BIRTH—NAME OF HOSPITAL: Los Angeles County - USC Medical Center
- 5B. STREET ADDRESS: REDACTED
- 5C. INSIDE CITY CORPORATE LIMITS: Yes
- 5D. CITY OR TOWN: Los Angeles
- 5E. COUNTY: Los Angeles County

**MOTHER OF CHILD**
- 6A. MAIDEN NAME OF MOTHER—FIRST NAME: MARTHA
- 6B. MIDDLE NAME: CECILIA
- 6C. LAST NAME (MAIDEN SURNAME): ORTEGA
- 7. BIRTHPLACE: HONDURAS
- 8A. SOCIAL SECURITY NUMBER OF MOTHER: REDACTED
- 9. COLOR OR RACE OF MOTHER: WHITE
- 10A. RESIDENCE OF MOTHER—STREET ADDRESS: REDACTED
- 10B. INSIDE CITY CORPORATE:
- 10C. RESIDENCE OF MOTHER—CITY OR TOWN: LOS ANGELES
- 10D. RESIDENCE OF MOTHER—COUNTY: LOS ANGELES
- 10E. RESIDENCE OF MOTHER—STATE: CALIFORNIA

**FATHER OF CHILD**
- 11A. NAME OF FATHER—FIRST NAME: JOHN
- 11B. MIDDLE NAME:
- 11C. LAST NAME: TERAN
- 12. BIRTHPLACE: UNKNOWN
- 13A. SOCIAL SECURITY NUMBER OF FATHER: REDACTED
- 14. COLOR OR RACE OF FATHER: WHITE
- 15.

**INFORMANT'S CERTIFICATION**: I hereby certify that I have reviewed the above-stated information and that it is true and correct to the best of my knowledge.
- 16A. PARENT OR OTHER INFORMANT—SIGNATURE: Martha Ortega
- 16B. DATE REVIEWED AND SIGNED BY INFORMANT: REDACTED

**ATTENDANT'S CERTIFICATION**: I hereby certify that I attended this birth and that the child was born alive at the hour, date and place stated above.
- 17A. PHYSICIAN SIGNATURE: Robert Young, M.D.
- 17B. DATE SIGNED BY PHYSICIAN: REDACTED
- 17C. ADDRESS: REDACTED
- 17D. PHYSICIAN'S CALIFORNIA LICENSE NUMBER: [REDACTED]

**LOCAL REGISTRAR**
- 18. REQUEST OMISSION FROM SOLICITATION LISTS
- 19. LOCAL REGISTRAR—SIGNATURE
- 20. DATE: REDACTED

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

Dean C. Logan
DEAN C. LOGAN
Registrar-Recorder/County Clerk

JUL 1 1 2012

REDACTED

This copy not valid unless prepared on engraved border displaying the Seal and Signature of the Registrar-Recorder/County Clerk.
PBNCO (REV) 07/11

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

REDACTED



# EXHIBIT 2

REDACTED

## CERTIFICATION OF VITAL RECORD

# CLARK COUNTY, NEVADA
## CERTIFIED ABSTRACT OF MARRIAGE

**GROOM:** HALE SHAWN K

**BRIDE:** TERAN MARIA ALICIA

**DATE OF MARRIAGE:** REDACTED

**RECORDED:** REDACTED    REDACTED

**APPLICATION:** REDACTED

This is to certify that this document is a true abstract of the marriage record filed with the County Recorder of Clark County, Nevada.

*Judith A. Vandever*
Judith A. Vandever
Clark County Recorder

REDACTED

This copy is not valid unless prepared on engraved form, impressed with the raised seal of the Clark County Recorder.

PAC

American Bank Note Company    ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

REDACTED

# EXHIBIT 3

REDACTED

REDACTED

each other, said the men were inspired by Saudi dissidents living in exile and revealed that three of them had fought with the anti-Soviet mujahedin in Afghanistan. The confessions also tied them to Mohammed Maqdisi, a Palestinian who grew up in Kuwait and served in Afghanistan. Maqdisi, whose real name is said to be Issam Mohammed Taher, is now in a Jordanian jail. Sources there link him to a fundamentalist Saudi group called Biyat Al Imam. "The danger of this organization is that it is not organized," says Yasser Abu Hillaleh, a Jordanian journalist who has reported on the group. "There is no leadership to speak of; they are impulsive."

**Other suspects:** The FBI team probing the Dhahran blast turned up some evidence, including a crankshaft from the truck. The agents also studied an earlier incident in which high explosives were intercepted near the Jordanian border. U.S. and Saudi officials thought the shipment may have passed through the hands of pro-Iranian Hizbullah extremists, who are waging a terror campaign in neighboring Bahrain. U.S. investigators hoped the Saudis would be more cooperative than in the past. The Saudis didn't allow the Americans to fully interview the four November bombers. NEWSWEEK has learned that the Saudis had two separate teams working on that explosion; the one that cracked the case refused to share information with the Americans—or even with the other Saudis.

So far, the terrorists seem to represent only a few Saudis, and the regime will bring the full weight of the state against them. "This is not Iran in the '70s," says a senior U.S. official. He points out that there are no large-scale demonstrations in Saudi Arabia and no charismatic leaders in exile. The monarchy still has the will to govern, and it still has strong middle-class support. But Saudi Arabia is a far more reclusive and mysterious nation than Iran was under the shah. Rebellions may be brewing out in the desert that foreigners haven't even heard of yet. It's impossible to predict whether the royal family will be able to handle the challenge indefinitely. And if the House of Saud ultimately loses its grip, the United States also may find it hard to hang on in one of the world's most vital regions.

*With MELINDA LIU and FAIZA SALEH AMBAH in Dhahran, GREGORY VISTICA in Washington and BILL TURQUE traveling with Clinton*

Flying shards of glass caused most of the wounds; those who were killed by the blast wave itself died instantly. The survivors' first-aid training helped keep the death count lower than it might have been.

ON SCENE

# 'We're Down But Not Out'

## U.S. troops are strangers in a strange land

BY ROD NORDLAND AND MELINDA LIU

AT 4:45 A.M. FRIDAY, THE KHOBAR Towers Housing Compound's "giant voice" loudspeaker system crackled to life. And for the second time in a week, the 2,200 U.S. Air Force and Army troops who live in the 42 buildings bailed out of bed and their apartments, taking shelter in interior hallways and stairwells. A caller had phoned in a warning that an attack was planned against a building—just outside the complex perimeter—that serves as the command post for 200 Saudi criminal investigators working on last week's truck bombing. Nearly two hours later, after searching every building and public space in the complex, police sounded an all-clear—

and the GIs went off to work. That includ the first overflights of southern Iraq Dhahran-based jets since the blast. "We down," said Lt. Col. Thomas Shaver at emotional memorial service that morn for the 19 dead. "But we're not out."

Life may have begun returning to norm for U.S. troops in Saudi Arabia, but tha hardly normal life. Strangers in a stran land, they had already been forced by deepening threat of terrorism to retr within a tighter and tighter security cord Now they face even greater restrictio Hobbling on crutches, Airman 1/c Stev Byers chuckled bitterly over the letter sent his brother a few days before a sha of glass driven by the blast tore open one his knees. "I told him how great it was he

REDACTED

# EXHIBIT 4

REDACTED

August 3, 1996

This photo album is dedicated to my husband, Shawn K. Hale.

I sit here reminiscing to the past weeks, and hope that for those reading this you may not ever have to go through the pain that I have endured, but if for some forsaken reason you must, I'd like you to know that my prayers and thoughts are with you, this past Tuesday June 25, 1996 I almost lost the most precious gift that I have ever received, my husband. Many may not have the pleasure to say something so deep about a man, but this is no ordinary man. I have never in 19 years on this planet, seen a man so kind, giving, responsible, understanding and always loving. Shawn has brought nothing but happiness into my life. I have trailed a very dusty road, those that have had the pleasure to come along with me at a distance know the hardships that I have had to hurdle, yet not one prepared me for the most challenging struggle in my life. Both my husband and I are presently in the service, always knowing in the back of our minds that danger might strike, neither of us really realized that it could hit home at any given time. He had been ordered to serve, as many before him and after him continue to do, a ninety day tour of duty in Saudi Arabia. Unfortunately, as life may have it the duty station to which he, and many others had been assigned was attacked by terrorist. It was bombed out side the gates, even with the high security many of the service members were injured. 19 members died from this attack and some 190 service members were injured, I did not know those whom died but I know they will always be remembered. If not by nation, by my husband and I, see no matter the time of day, week, month, year, we will always be affected by this incident. Shawn was critically injured, he by the grace of god survived the attack, he will be with some loss of his vision for a short period, but with time, patience and medical attention he shall receive most of his vision back. This has changed our lives, no matter where we may be, this will always be the turning point in our life, many things have happened since Tuesday June 25, 1996, these photographs are just our end to our new beginning.

I hope you enjoy viewing this album just as I had the pleasure to place it together.

Maria A. Hale

*Maria Alicia Hale*

**REDACTED**

**REDACTED**