IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON M. BREEZEE, et al.,        *
      *
      Plaintiffs,         *
      *
      v.             *         Case No. 1:23-cv-03392 (BAH)
      *
ISLAMIC REPUBLIC        *
OF IRAN,            *
      *
      Defendant.        *
**********************************************************************

### DECLARATION OF LAKISHA S. ROBERTSON

I, **Lakisha S. Robertson**, being competent to testify to the facts stated herein, and pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.     I am a United states citizen and a resident of Texas. A true and correct copy of my birth certificate is attached hereto as Exhibit 1.

2.     Aside from the above captioned case, I have not taken any legal action related to the bombing of Khobar Towers on June 25, 1996.

3.     On June 25, 1996, I was a Senior Airman in the United States Air Force stationed at Nellis Air Force Base in Nevada, deployed to Dhahran, Saudi Arabia quartered at the Khobar Towers residential complex. I worked as a supply management craftsman. A true and correct copy of my Certificate of Discharge is attached hereto as Exhibit 2.

4.     On June 25, 1996, terrorists detonated a truck bomb next to the Khobar Towers complex.

5.     On the day of the attack, I was in my dormitory dayroom at Khobar Towers standing behind a couch watching television with several other suitemates when I heard a loud thud. I looked up to the ceiling. I thought the sound came from the dayroom upstairs. Then the glass doors from the balcony imploded into the dayroom. I ducked behind the couch so I would not get hit by the glass.

REDACTED

My heart was racing; I was trying to process what had just happened. I crawled on the floor from the dayroom to the nearest hallway. I didn't know if we were being shot at or what was happening.

6.    I huddled with my suitemates in the hallway. My roommate Melinda Caines and I were hugging each other and crying. We stayed there huddled together until we heard people yelling to get out of the building. We all evacuated the building and were directed to the middle of the complex. Along the way, we saw people who were hurt, and bloody footprints on the sidewalks. We were crowded together with other people in the middle of the complex; people were crying, hugging one another, and praying.

7.    The day of the attack was the most terrifying thing I have experienced in my life. I was scared for my life and didn't know if I would make it out of the dorms alive. I was terrified I would die and never see my husband, son, family, or friends again.

8.    Before the attack, my life at Khobar Towers was routine: work, home, church, free time spent with my roommate, boardgames, television, shopping in town, speaking on the phone with my family. I remained at Khobar Towers for a month after the attack. I didn't feel safe there any longer. I couldn't sleep, my appetite was gone, and I began to lose weight. I was scared not knowing if another attack would happen. I hid my fears from everyone; I was scared to seek help and suffered in silence for years.

9.    After the attack, I never wanted to deploy again. I applied for a special duty assignment where I could not deploy. I was a military training leader for five years before I received a remote assignment in Korea without my family. My fears from the attack took their toll on me again. That fear of being attacked and not seeing my family was paralyzing. I told my husband I couldn't go through another deployment. I became pregnant and ended up leaving the military.

10.    My quality of life has been severely impacted from this attack. I experience depression, anxiety, suspiciousness, panic attacks and I am easily startled. I don't trust people. I have

REDACTED

pushed friends and family members away. I have verbally attacked my husband and children. I have moments of unprovoked irritability, where I get so upset I knock stuff off a table. I have lost my temper and snapped at coworkers. I have trouble sleeping, nightmares, bouts of loss of appetite, and weight gain from lack of exercise. There are days when I don't want to leave the house. I check the door locks excessively and cannot function mentally until I know the lock is on. I drink to numb the pain. For the longest time I refused to accept that I was experiencing PTSD. I didn't want to admit that I needed help. After years of suffering, I finally sought help with the VA for PTSD. I am still scared to talk about everything I have been through.

11.    I have a combined 60 percent VA disability rating, which includes 50 percent for PTSD, which was caused by the Khobar Towers bombing. A true and correct copy of my VA disability decision is attached hereto as Exhibit 3.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on:  10/14/2024
              _____                          _____
                  Date                                       Signature

3

REDACTED

# EXHIBIT 1

REDACTED



THE CITY OF NEW YORK–DEPARTMENT OF HEALTH
BUREAU OF VITAL RECORDS
**CERTIFICATE OF BIRTH REGISTRATION**

**CERTIFICATE OF BIRTH**

DIVISION OF RECORDS
DEPARTMENT OF HEALTH
DATE FILED BROOKLYN
1972 FEB -7 AM 9:59

Birth No REDACTED

1. FULL NAME OF CHILD — First Name: **LAKISHA** — Middle Name: **SHATELL** — Last Name: **DABRIEL**

2. SEX: **FEMALE**

3a. DATE OF CHILD'S BIRTH — (Month) (Day) (Year): REDACTED — 4b. Hour: **3:49** P.M.

3. PLACE OF BIRTH — a. New York City — b. Borough: **BROOKLYN** — c. Name of Hospital or Institution. If not in hospital, street address: **BROOKLYN WOMENS HOSPITAL**

4a. MOTHER'S FULL MAIDEN NAME: **DILCIA DABRIEL** — 4c. MOTHER'S BIRTHPLACE, City and State if not U.S.A., Country: REDACTED

7. MOTHER'S USUAL RESIDENCE — a. State: **NEW YORK** — b. County: **KINGS** — c. City, town or location: **BROOKLYN** — Limits (Specify Yes or No): **YES** — Street and house number: REDACTED

6a. FATHER'S FULL NAME — 6b. FATHER'S AGE at time of this birth — 6c. FATHER'S BIRTHPLACE; City and State if not U.S.A., Country

I hereby certify that this child was born alive at the hour and on the date stated above, and that all the facts stated in this certificate and report of birth are true to the best of my knowledge, information and belief.

Date of Report: REDACTED

Given name added from a supplemental report _____ (Date of)

CITY REGISTRAR — Borough Registrar

(Signed) _(signature)_   C.R.N. R.N. D.O. M.D.

Name of Signer: **HUMBERTO OCHOA M.D.**

Address REDACTED

**BUREAU OF RECORDS AND STATISTICS     DEPARTMENT OF HEALTH     THE CITY OF NEW YORK**

Print here the mailing address of mother.➤ Copy of this certificate will be mailed to her when it is filed with the Department of Health.

Name: **DILCIA DABRIEL**
Address: REDACTED
City:

ABOVE IS AN EXACT COPY OF A CERTIFICATE OF BIRTH REGISTERED FOR YOUR CHILD. IT IS SENT WITHOUT CHARGE. IF THE CERTIFICATE CONTAINS ANY ERRORS, RETURN THIS COPY WITH THE CORRECT INFORMATION TO THE DIVISION OF RECORDS IN THE BOROUGH WHERE THE CHILD WAS BORN (SEE ADDRESS BELOW) YOU WILL BE ADVISED HOW TO HAVE THE RECORD CORRECTED. IT IS IMPORTANT TO DO THIS AT ONCE.

**WARNING:** DO NOT ACCEPT THIS TRANSCRIPT UNLESS THE RAISED SEAL OF THE DEPARTMENT OF HEALTH IS AFFIXED THEREON. THE REPRODUCTION OR ALTERATION OF THIS TRANSCRIPT IS PROHIBITED BY SECTION 3.21 OF THE NEW YORK CITY HEALTH CODE.

NOTICE: IN ISSUING THIS TRANSCRIPT OF THE RECORD, THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK DOES NOT CERTIFY TO THE TRUTH OF THE STATEMENTS MADE THEREON, AS NO INQUIRY AS TO THE FACTS HAS BEEN PROVIDED BY LAW.

_(signature)_ John V. Lindsay
**MAYOR**

_(signature)_ Joseph G. Cimino, MD
**COMMISSIONER OF HEALTH**

_(signature)_ Paul E. Stern
**CITY REGISTRAR**

MANHATTAN: REDACTED
THE BRONX:

BROOKLYN: REDACTED
QUEENS:

REDACTED

# EXHIBIT 2

REDACTED

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| ROBERTSON LAKISHA SHATELL | AIR FORCE — REG AF | REDACTED |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE |
|---|---|---|---|
| SSGT | E5 | REDACTED | (YYYYMMDD) NA |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY(City and state, or complete address if known) |
|---|---|
| BROOKLYN NY | BROOKLYN NY |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| 18 LRS                (PAF) | KADENA ABS JAPAN |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| NOT APPLICABLE | AMOUNT: $200,000 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(s) | MONTH(s) | DAY(s) |
|---|---|---|---|---|
| 2S071 - SUPPLY MANAGEMENT CRAFTSMAN, 6 YEARS & 3 MONTHS.  8B100 - MILITARY TRAINING LEADER, 5 YEARS & 3 MONTHS. | a. DATE ENTERED AD THIS PERIOD | 1991 | NOV | 18 |
| | b. SEPARATION DATE THIS PERIOD | 2003 | JUL | 23 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 11 | 08 | 06 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 05 | 18 |
| | f. FOREIGN SERVICE | 01 | 02 | 22 |
| | g. SEA SERVICE | 00 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 1999 | OCT | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION(Course title, number of weeks, and month and year completed) |
|---|---|
| AIR FORCE (AF) ACHIEVEMENT MEDAL W/1 OAK LEAF CLUSTER (OLC), AF COMMENDATION MEDAL, ARMED FORCES EXPEDITIONARY MEDAL, NCO PME RIBBON, NATIONAL (SEE REMARKS) | BASIC MILITARY TRAINING, 6 WKS JAN 92; TASK CERTIFIER CRS, 24 HRS, JAN 00; INVENTORY MANAGEMENT SPECIALIST APPRENTICE, 272 (SEE REMARKS) |

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | YES | NO X |
|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | YES X | NO |

| 16. DAYS ACCRUED LEAVE PAID  0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|

| 18. REMARKS |
|---|
| ITEM 14: DEFENSE SERVICE MEDAL W/1 BRONZE STAR, AF TRAINING RIBBON, AF LONGEVITY SERVICE AWARD W/1 OLC, AF OUTSTANDING UNIT AWARD W/1 OLC, AF GOOD CONDUCT MEDAL W/2 OLC, SUPPLY BADGE, AF OVERSEAS LONG TOUR RIBBON. ITEM 14: HRS, FEB 92; MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE. REISSUED FOR ADMINISTRATIVE CORRECTIONS, 3 SEP 03.------- ---------------------------NOTHING FOLLOWS---------------------------  Copy 3 to VA Data Proc Ctr, Austin, TX 78772 Copy 5 to Dept of Labor, Orlando, FL 32878 Copy 6 to Dept of Veteran Affairs |

The information contained herein is subject to computer matching within the Department of Defense or with any other federal or state agency for verification purposes and to determine eligibility for, and or continued compliance with, the requirements of a federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | b. NEAREST RELATIVE (Name and address - include Zip Code) CURTIS E. ROBERTSON |
|---|---|
| REDACTED | REDACTED |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO  NY  DIRECTOR OF VETERANS AFFAIRS | YES X | NO |
|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| MEMBER NOT AVAILABLE TO SIGN | ALLISON C. MARTIN, SSGT, USAF SEPARATION PROCEDURES MANAGER  Allison C. Martin |

| SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only) | | |
|---|---|---|
| 23. TYPE OF SEPARATION DISCHARGE | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE | |
| 25. SEPARATION AUTHORITY AFI 36-3208 | 26. SEPARATION CODE KDF | 27. REENTRY CODE 1J |
| 28. NARRATIVE REASON FOR SEPARATION PREGNANCY OR CHILDBIRTH | | |
| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) NONE | 30. MEMBER REQUESTS COPY (Initials) | |

DD Form 214-AUTOMATED, FEB 2000        PREVIOUS EDITION IS OBSOLETE.

SERVICE-1

# EXHIBIT 3

REDACTED

# REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JASON M. BREEZEE, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No. 1:23-cv-03392 (BAH) |
| | * | |
| ISLAMIC REPUBLIC | * | |
| OF IRAN, | * | |
| | * | |
| Defendant. | * | |

********************************************************************************

<u>**DECLARATION OF CURTIS E. ROBERTSON, SR.**</u>

I, **Curtis E. Robertson, Sr.,** being competent to testify to the facts stated herein, and pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.      I am a citizen of the United States and a resident of Texas.  A true and correct copy of my birth certificate is attached hereto as Exhibit 1.

2.      I am the husband of Lakisha S. Robertson, a plaintiff and injured airman in this case. A true and correct copy of our marriage license is attached hereto as Exhibit 2.

3.      Aside from the above captioned case, I have not taken any legal action related to the bombing of Khobar Towers in Dhahran, Saudi Arabia on June 25, 1996.

4.      On June 25, 1996, my wife Lakisha S. Robertson was a service member in the United States Air Force deployed to Saudi Arabia, stationed at Khobar Towers. She was quartered at Khobar Towers, a housing complex for United States Air Force personnel when terrorists detonated a truck bomb next to the complex.

5.      I have been married to my wife Lakisha for 30 years.  Before the June 25, 1996, terrorist attack, Lakisha and I were a happily married young couple with our best professional and personal days ahead of us. We were physically, mentally, and emotionally healthy with positive dispositions and an optimistic approach to life.

REDACTED

6.      The last time I saw my wife before the attack, I drove her to the airport and waited at the terminal with her. We hugged, kissed, and cried, and I told her that I loved her and wished her a safe deployment and healthy return home to me and our son.

7.      I learned of the terrorist attack on one of the local news outlets. I was in our apartment in North Las Vegas, Nevada. There was a news report on with horrifying footage of the Khobar Towers. I knew my wife was residing in Khobar Towers. I was alone in our apartment and my immediate reaction was complete and utter terror. I feared the worst. I was so emotionally overwhelmed that I ran to the bathroom and threw up. I still have nightmares about that specific moment. I was an emotional wreck. While she was deployed I had no way to contact her. She would normally call me a few times a week when her schedule would allow. There was a phone that Khobar Towers residents would share to check-in with loved ones, but that number was inoperable for hours. I was petrified. I had no way of knowing if she was impacted by the attacks. I feared the worst.

8.      It took a long time to find out whether my wife survived. The news reporting of the attack was not thorough or consistent and would repeatedly say, "There are casualties." It seemed like I waited forever. I did not get word from the military, Department of Defense, not anyone, about her status. I flipped channels to watch various news outlets…but I did not get any information as to whether my wife was alive, injured or dead. I was in this uninformed, emotionally vexing, terrified state for at least 24 hours with each hour seeming longer than the one before it. I finally got a call from my wife. I was immediately relieved that she was alive, but still very much feared for her continued safety and emotional wellbeing. In fact, almost 90 seconds into the phone call, we were disconnected, and I was immediately horrified and petrified again. Hours later, she called me again and let me know she was safe, and that the necessary precautions were being taken to protect the survivors.

REDACTED

9.    I remained emotionally fragile for weeks after the attack.  I was also on active duty with the U.S. Air Force at the time, and I found it extremely difficult to perform my professional duties.  My job as an Air Traffic Controller required total mental focus and alertness. I had neither at the time, so needed time away.  It was a while before I felt comfortable performing my military duties.

10.    When I first reunited with my wife after the attack, I picked her up from the airport, met her at the terminal, embraced her, and cried uncontrollably. I was filled with joy to have my beloved wife back on American soil and in my arms again.

11.    Although my wife returned physically okay, she has never been the same mentally or emotionally since the attack. Nightmares, PTSD, and emotional and mental fragility have been a large part of our marriage ever since that dreadful moment. We both have struggled with recovering from that horrible event. Although we are still happily married, over the years that moment has negatively manifested itself into our lives many times in many forms.

12.    Since the attacks we both have had to learn about emotional and mental trauma as well as PTSD. Finding ways to understand it and live with it has been a significant challenge for us over the last 27 years. I wish the attack never happened. Lakisha is certainly not the same since. It gives me great sadness to know who she was before the attack, and how difficult things have been mentally and emotionally for her since.

13.    Our relationship certainly changed after the attacks. In one way it galvanized us and brought us closer together; however, it also caused us great emotional and mental distress over the years. At the time of the attack, we were relatively young, and trying to progress in our careers while also raising a child. Having this tragic and emotional event has certainly changed our relationship. For the past two decades, she and I have struggled with nightmares, flashbacks, confusion, mood swings, panic attacks, irritability, detachment, depression, and guilt.

3

REDACTED

14.    I have sought out help from the church, counseling, hobbies and other various ways to cope with my trauma. It remains a work in progress and the attack still haunts me. Nightmares and flashbacks have become part of my life; I am routinely reminded of the event. I feel the same horror and fear as the day it happened. My wife and I struggle with sleep patterns, eating habits, sexual dysfunction, emotional dysregulation, and mental concentration all because of experiencing the attack.

15.    I am thankful that my wife survived. However, our lives, and our families' lives, were forever altered on June 25, 1996.  Since then, we have tried to adjust to our new reality and live happy, healthy, and fulfilling lives. But it continues to be a struggle.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: _10/15/2024_                    Signature: _Curtis E Robertson_
                    Date

4

REDACTED

# EXHIBIT 1

REDACTED

# COMMONWEALTH OF VIRGINIA

## COMMONWEALTH OF VIRGINIA — CERTIFICATE OF LIVE BIRTH
### DEPARTMENT OF HEALTH — BUREAU OF VITAL RECORDS AND HEALTH STATISTICS
### RICHMOND

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REGISTRATION STATE NUMBER | REDACTED | | | STATE BIRTH NUMBER | REDACTED | | |
| FULL NAME OF CHILD | (first) Curtis | (middle) Eugene | | (last) Robertson | 2. SEX OF CHILD | male ☒ | female ☐ |
| DATE OF BIRTH | (hour) 9.25 a.m. p.m. | (month) REDACTED | (day) | (year) | 4. THIS BIRTH single ☒ twin triplet | 5. IF TWIN OR TRIPLET, BORN | 1st 2nd 3rd |
| NAME OF HOSPITAL OR INSTITUTION OF BIRTH | Memorial Hospital | | | 7. COUNTY OF BIRTH (if independent city, leave blank) | | | |
| CITY OR TOWN | Danville | (if rural—so state) inside city or town limits? yes ☒ no ☐ | | 9. STREET ADDRESS OR ROUTE NO. OF PLACE OF BIRTH REDACTED | | | |
| STATE (OR FOREIGN COUNTRY) OF MOTHER'S RESIDENCE | Virginia | | | 11. COUNTY OF RESIDENCE Pittsylvania | (if independent city, leave blank) /// | | |
| CITY OR TOWN OF RESIDENCE | Keeling | (if rural—so state) inside city or town limits? yes ☐ no ☒ | | 13. STREET ADDRESS OR ROUTE NO. OF RESIDENCE REDACTED | | | ZIP CODE 24566 |
| FULL MAIDEN NAME OF MOTHER | Linda Dale Joan Gunter | | | | 15. COLOR OR RACE Negro | | |
| REDACTED | 17. MOTHER'S PLACE OF BIRTH (state or foreign country) Virginia | 18. EDUCATION-SPECIFY HIGHEST GRADE COMPLETED | ELEMENTARY 0, 1, 2 TO 8 .8 | HIGH SCHOOL 1, 2, 3 OR 4 | COLLEGE 1 TO 4 OR 5+ | | |
| OF FATHER | Richard Lindsey Robertson | | | | 20. COLOR OR RACE Negro | | |
| REDACTED | 22. FATHER'S PLACE OF BIRTH (state or foreign country) Virginia | 23. EDUCATION-SPECIFY HIGHEST GRADE COMPLETED | ELEMENTARY 0, 1, 2 TO 8 | HIGH SCHOOL 1, 2, 3 OR 4 4 | COLLEGE 1 TO 4 OR 5+ | | |
| I CERTIFY THE ABOVE TO BE CORRECT. | (signature of mother, father or other informant) Joan G. Robertson | | | | RELATIONSHIP TO CHILD: Mother | | |
| I CERTIFY THAT THIS CHILD WAS BORN ALIVE ON THE DATE AND HOUR STATED ABOVE. | (signature of attendant) J. V. Granella | | | | MD ☒ DO OTHER: ☐ | | |
| | ADDRESS OF ATTENDANT: Danville, Virginia | | | | DATE RECORD SIGNED: REDACTED | | |
| REGISTRAR'S SIGNATURE | Susan G. Amos, Deputy | | | | DATE RECORD FILED: REDACTED | | |
| RESERVED FOR REGISTRAR'S USE | | | | | | | |

OCT 12 1978

*This is to certify that this is a true and correct reproduction of the original record filed with the Bureau of Vital Statistics, Virginia Department of Health, Richmond, Virginia.*

DATE ISSUED



Deane Huxtable

DEANE HUXTABLE, State Registrar

ANY REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY STATUTE. DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH SEAL OF THE BUREAU OF VITAL STATISTICS CLEARLY AFFIXED. Section 32-353.27, Code of Virginia, as Amended.

DEPARTMENT OF HEALTH—BUREAU OF VITAL RECORDS AND HEALTH STATISTICS

AMERICAN BANK NOTE COMPANY

REDACTED

# EXHIBIT 2

REDACTED

Curtis Robertson
Lakisha Robertson

**REDACTED**

## THE CITY OF NEW YORK
## OFFICE OF THE CITY CLERK
MARRIAGE LICENSE BUREAU

License Number

**REDACTED**

**REDACTED**

# Certificate of Marriage Registration

This Is To Certify That  Curtis Eugene Robertson

residing at     **REDACTED**     as Vegas, NV  89115

born on     **REDACTED**     at     Danville, Virgina  USA

and     Lakisha Shatell Dabriel
New surname:  Robertson
residing at     **REDACTED**     Las Vegas, NV  89115

born on     **REDACTED**     at     Brooklyn, NY  USa

# Were Married

on     **REDACTED**     at     **REDACTED**

as shown by the duly registered license and certificate of marriage of said persons on file in this office.

CERTIFIED THIS DATE AT THE CITY CLERK'S OFFICE

BROOKLYN, N.Y.

**REDACTED**

PLEASE NOTE: Facsimile Signature
and seal are printed pursuant
to Section 11-A, Domestic
Relations Law of New York.



**Carlos Cuevas**
City Clerk of the City of New York

CET-F

**REDACTED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JASON M. BREEZEE, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No. 1:23-cv-03392 (BAH) |
| | * | |
| ISLAMIC REPUBLIC | * | |
| OF IRAN, | * | |
| | * | |
| Defendant. | * | |

*************************************************************************

<u>**DECLARATION OF CURTIS E. ROBERTSON II**</u>

I, **Curtis E. Robertson II**, being competent to testify to the facts stated herein, and pursuant to 28

U.S.C. §1746, hereby declare as follows:

1.    I am a citizen of the United States and a resident of Texas.  A true and correct copy of

my birth certificate is attached hereto as Exhibit 1.

2.    I am the son of Lakisha S. Robertson, a plaintiff and injured airman in this case.

3.    Aside from the above captioned case, I have not taken any legal action related to the

bombing of Khobar Towers in Dhahran, Saudi Arabia on June 25, 1996.

4.    On June 25, 1996, my mother Lakisha Robertson was a service member in the United

States Air Force deployed to Saudi Arabia, stationed at Khobar Towers.  She was quartered at Khobar

Towers, a housing complex for United States Air Force personnel when terrorists detonated a truck

bomb next to the complex.

5.    I was two and a half years old at the time of the Khobar Towers bombing. I don't

remember how old I was when they told me that my mother was injured in the bombing. If anybody

was to tell me, it would have been my father. I was too young to understand what had happened at

the time, but my mother developed PTSD as a result of the bombing. As I grew older, I realized just

REDACTED

how much this incident affected her. My mom acts very paranoid and extra protective. She is always

wary of many potentially dangerous scenarios.

6.    While in school I was reminded of the Khobar Towers bombing whenever terrorist

attacks were brought up in school, and now, while watching the news. It makes me feel relieved that

my mother survived, but I also feel great sadness at just how many lives were lost and how it forever

changed my mother.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: 10/14/2024            Signature:
                    Date

2

REDACTED

# EXHIBIT 1

REDACTED

# STATE OF NEVADA

## DEPARTMENT OF HUMAN RESOURCES
### DIVISION OF HEALTH
### VITAL STATISTICS

REDACTED TE OF NEVADA — DEPARTMENT OF HUMAN RESOURCES
DIVISION OF HEALTH — SECTION OF VITAL STATISTICS

**CERTIFICATE OF LIVE BIRTH**

REDACTED

TPE/PRINT IN ERMANENT BLACK INK FOR STRUCTIONS SEE HANDBOOK

**CHILD**

| 1. CHILD'S NAME FIRST — MIDDLE — LAST | 2. DATE OF BIRTH (Month, Day, Year) | 3. TIME OF BIRTH |
|---|---|---|
| Curtis Eugene ROBERTSON II | REDACTED | 10:05 P M |

| 4. SEX | 5. CITY, TOWN OR LOCATION OF BIRTH | 6. COUNTY OF BIRTH |
|---|---|---|
| Male | Las Vegas | Clark County |

REDACTED

8. FACILITY NAME (if not institution, give street and number) — REDACTED

**CERTIFIER / ATTENDANT**

ATH UNDER E YEAR OF E ter State File mber of death rtificate for s child

9. I certify that this child was born alive at the place and time and on the date stated.
Signature ▶ Barbara A. Driver

10. DATE SIGNED (Month, Day, Year) — REDACTED

11. ATTENDANT'S NAME AND TITLE (if other than certifier) (Type/Print)
NAME Kathleen J. Alvstad, Maj, USAF, NC
1 ☐ M.D. 2 ☐ D.O. 3 ☒ C.N.M. 4 ☐ Other Midwife
5 ☐ Other Specify

12. CERTIFIER'S NAME AND TITLE (Type/Print)
NAME Barbara A. Driver, A1C, USAF
1 ☐ M.D. 2 ☐ D.O. 3 ☐ C.N.M. 4 ☐ Other Midwife
5 ☒ Other Specify OB Ward Clerk

13. ATTENDANT'S MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code)
REDACTED

14. REGISTRAR'S SIGNATURE ▶ Kathleen Franklin Deputy

15. DATE FILED BY REGISTRAR (Month, Day, Year) — REDACTED

**MOTHER**

| 16a. MOTHER'S NAME FIRST — MIDDLE — LAST | 16b. MAIDEN SURNAME |
|---|---|
| Lakisha Shatell Dabriel | Dabriel |

REDACTED

| 18. BIRTHPLACE (State or Foreign Country) | 19a. RESIDENCE – STATE | 19b. COUNTY | 19c. CITY |
|---|---|---|---|
| New York | Nevada | Clark | Las Vegas |

| 19d. STREET AND NUMBER | 19e. INSIDE CITY LIMITS? | 20. MOTHER'S MAILING ADDRESS (if same as residence, enter Zip Code only) |
|---|---|---|
| REDACTED | ☒ YES ☐ NO | REDACTED |

**FATHER**

| 21. FATHER'S NAME FIRST — MIDDLE — LAST | BIRTHPLACE (State or Foreign Country) |
|---|---|
| Curtis Eugene Robertson | Virginia |

**INFORMANT**

24. I certify that the personal information provided on this certificate is correct to the best of my knowledge and belief.
Signature of Parent or Other Informant ▶ Lakisha S Dabriel

This is to certify that the above is a true and correct copy of the certificate on file in this office.

Date Issued: DEC 2 4 2002

*Yvonne Sylva*
**State Registrar**

WARNING: IT IS ILLEGAL TO ALTER OR COPY THIS DOCUMENT

REDACTED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JASON M. BREEZEE, et al.,                   *
                                            *
        Plaintiffs,                         *
                                            *
    v.                                      *          Case No. 1:23-cv-03392 (BAH)
                                            *
ISLAMIC REPUBLIC                            *
OF IRAN,                                    *
                                            *
        Defendant.                          *
**************************************************************************

<u>**DECLARATION OF DILCIA H. FERNANDEZ**</u>

I, **Dilcia H. Fernandez,** being competent to testify to the facts stated herein, and pursuant to 28

U.S.C. §1746, hereby declare as follows:

　　　1.　　　I was born in the Republic of Panama and became a permanent resident of the United

States on REDACTED .  A true and correct copy of my permanent resident card is attached hereto

as Exhibit 1.

　　　2.　　　I am the mother of Lakisha S. Robertson, a plaintiff and injured airman in this case.

　　　3.　　　Aside from the above captioned case, I have not taken any legal action related to the

bombing of Khobar Towers in Dhahran, Saudi Arabia on June 25, 1996.

　　　4.　　　On June 25, 1996, my daughter Lakisha S. Robertson was a service member in the

United States Air Force deployed to Saudi Arabia, stationed at Khobar Towers.  She was quartered

at Khobar Towers, a housing complex for United States Air Force personnel when terrorists detonated

a truck bomb next to the complex.

　　　5.　　　Lakisha is my oldest child.  Before the attack, she and I were very close and used to

talk on the phone every day. She used to call me all the time when she wanted advice or was worried

about something. The last time I saw her before she deployed, she was positive, cracking jokes, and

just her loveable self.  She loved being around family.

REDACTED

6.      I learned about the attack while at home in my bedroom watching the news. Then the Red Cross called me to let me know that there was a bombing and that they would call me with more information. I was so scared, nervous and upset. I did not know she had survived the attack until more than 24 hours later when my son-in-law called to let me know.

7.      I was in such disbelief when this happened. I needed to hear my child's voice to make sure she was okay. I was at a loss for words, but I prayed to God to watch over her and to bring her home safely.

8.      When I first heard my daughter's voice after the attack, I screamed with joy, and I thanked God. I was so happy to hear her voice, but I knew that she would never be the same.

9.      She remained deployed after the attack, and I began to constantly worry about her. If I didn't hear from her for a few days I would panic and think something might have happened to her.

10.      She started calling me whenever she was feeling anxious or sad. I talked her through whatever she was going through.  I couldn't see my daughter right away, but we talked every day after the incident.  I would always let her know that she was loved, safe, and that she could call me anytime of the day if she was feeling anxious or sad.

11.      This attack and how it impacted my daughter caused me to feel devastated, overwhelmed with emotions, scared, and angry.  Things changed for the worse for her.  She was no longer her old self.  When we spoke, I could hear the change in her voice. Once I saw her again, I could see the change in her. Once she was home, we stopped speaking on the phone like we used to. She's now easily agitated and begins to cry when she cannot express how she is feeling.  She does not come to visit as much, and when she does come around, you can feel her stress and anxiety.

12.      Through all this I have leaned on my family, friends, and the church as my support system.

CONFIDENTIAL - FILED UNDER SEAL

13.    Anytime there is news about a terror attack, any gun violence, riots, and the war between Russia and the Ukraine, it makes me think about my child.  I just remember feeling so helpless and scared that my child was seriously hurt.

14.    This event caused a lot of mental and emotional stress for myself and my family.  As a mother, I have to be strong for my family, but I would be lying to say that I was not terrified of the possibility of my daughter being seriously hurt or something much worse.  Seeing how this situation changed my daughter has hurt me to the core.

15.    I thank God that my daughter is here with us today.  I know the incident changed her, but I pray every day that God keeps her healthy and as happy as she can be.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: <u>10/15/2024</u>
               Date

Signature: *Dilcia Fernandez*

3

REDACTED

# EXHIBIT 1

REDACTED



REDACTED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JASON M. BREEZEE, et al.,                *
                                          *
    Plaintiffs,                        *
                                          *
    v.                                 *        Case No. 1:23-cv-03392 (BAH)
                                          *
ISLAMIC REPUBLIC                          *
OF IRAN,                                  *
                                          *
    Defendant.                         *
**************************************************************************

## DECLARATION OF KAREEM H. BROWN

I, **Kareem H. Brown,** being competent to testify to the facts stated herein, and pursuant to 28

U.S.C. §1746, hereby declare as follows:

    1.    I am a citizen of the United States and a resident of Georgia.  A true and correct copy

of my birth certificate is attached hereto as Exhibit 1.

    2.    I am the brother of Lakisha S. Robertson, a plaintiff and injured airman in this case.

    3.    Aside from the above captioned case, I have not taken any legal action related to the

bombing of Khobar Towers in Dhahran, Saudi Arabia on June 25, 1996.

    4.    On June 25, 1996, my sister Lakisha S. Robertson was a service member in the United

States Air Force deployed to Saudi Arabia, stationed at Khobar Towers.  She was quartered at Khobar

Towers, a housing complex for United States Air Force personnel when terrorists detonated a truck

bomb next to the complex.

    5.    Growing up my sister Lakisha was my best friend. We were very close.  I loved being

around her all the time because she always made me smile and made me happy.  The last time I saw

her before the attack on Khobar Towers I went to visit her and her family for a few months and we

had a great time together.

REDACTED

6.      I learned about the Khobar Towers bombing from the news the day after the attack while at home with my family. We tried contacting the Red Cross, but they didn't know anything. I was scared, crying, and worrying; I was in a panicked state of mind. I did not find out my sister survived the attacks until more than 24 hours later when my brother-in-law contacted my mother.

7.      The days after the attack I spent worried, scared, sad, hurt and confused.  When I finally was able to speak with my sister, I was happy to hear her voice, but it was sad and heartbreaking because I could tell she wasn't her usual fun, outgoing, loving self.

8.      I turned to a supportive group of military friends and family that I could lean on to help me cope with this.

9.      The attack changed my sister.  She wasn't the same, and I had to adjust to the fact that she was no longer the happy, exciting, outgoing big sister I once knew.  I tried to help her with emotional support and uplifting talks.  However, our relationship changed for the worse; she became mentally and emotionally unavailable and distant.

10.      I am frequently reminded of the bombing during reports of other military bombings and attacks, and any time there is gun violence.  It makes me sad, mad, angry and gives me anxiety. The long-term impact of this attack is a tremendous amount of emotional and mental pain on me and my entire family, knowing that my sister has never been the same after the attacks.  The impact remains strong to this day.  What my family and I have gone through is very depressing and sad and I pray that every family that goes through the same thing has a support group that helps them get through this trauma.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: _10/16/2024_       Signature: _K.Brown_____
             Date

2

REDACTED

# EXHIBIT 1

REDACTED

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

## CERTIFICATION OF BIRTH

This is a certification of name and birth facts on file in the Office of Vital Records, Department of Health and Mental Hygiene, City of New York.

DATE OF BIRTH    REDACTED

CERTIFICATE No.    REDACTED

BOROUGH    BROOKLYN    DATE FILED    REDACTED    DATE ISSUED    05-28-13

NAME    KAREEM HASAN BROWN ***

SEX    MALE

MOTHER/PARENT'S NAME    DILCIA DABRIEL

FATHER/PARENT'S NAME    RANDOLPH BROWN

Steven P. Schwartz, Ph.D.
City Registrar

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.





REDACTED

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

REDACTED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JASON M. BREEZEE, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No. 1:23-cv-03392 (BAH) |
| | * | |
| ISLAMIC REPUBLIC | * | |
| OF IRAN, | * | |
| | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DECLARATION OF ROGER P. DABRIEL

I, **Roger P. Dabriel**, being competent to testify to the facts stated herein, and pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.      I am a citizen of the United States and a resident of New York.  A true and correct copy of my birth certificate is attached hereto as Exhibit 1.

2.      I am the brother of Lakisha S. Robertson, a plaintiff and injured airman in this case.

3.      Aside from the above captioned case, I have not taken any legal action related to the bombing of Khobar Towers in Dhahran, Saudi Arabia on June 25, 1996.

4.      On June 25, 1996, my sister Lakisha Robertson was a service member in the United States Air Force deployed to Saudi Arabia, stationed at Khobar Towers.  She was quartered at Khobar Towers, a housing complex for United States Air Force personnel when terrorists detonated a truck bomb next to the complex.

5.      My sister and I grew up together as the best of friends.  We had a very loving, caring, and close sibling relationship.  My sister was very outgoing and approachable.

6.      I found out about the Khobar Towers bombing when my mom called me while I was at football practice. I felt a moment of panic, and then called my other siblings. We were all in a state of worry.  It took over 24 hours for me to receive reassurance that my sister had survived the bombing.

REDACTED

7.    It was a few months after the attack before I got to see my sister in person. It felt so great to see her and touch her and talk to her.

8.    I get emotional whenever I reminisce about the attack and think about what happened to my sister. What used to be a fun, carefree sibling relationship changed. Our conversations after the attack became much more depressing.  I tried to help my sister through her difficulties by conversing with her about happy childhood memories.

9.    I now live in fear every day of another attack.  I wish I hadn't been born yet to witness the attack that has forever changed my sister.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: _10/14/2024_
          Date

Signature: _Roger Dabriel_____

2

REDACTED

# EXHIBIT 1

REDACTED



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JASON M. BREEZEE, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No. 1:23-cv-03392 (BAH) |
| | * | |
| ISLAMIC REPUBLIC | * | |
| OF IRAN, | * | |
| | * | |
| Defendant. | * | |

**********************************************************************

**<u>DECLARATION OF CASSANDRA J. JOHNSON</u>**

I, **Cassandra J. Johnson**, being competent to testify to the facts stated herein, and pursuant to 28

U.S.C. §1746, hereby declare as follows:

1.      I am a citizen of the United States and a resident of New York.  A true and correct

copy of my birth certificate is attached hereto as Exhibit 1.

2.      I am the half-sister of Lakisha S. Robertson, a plaintiff and injured airman in this case.

3.      Aside from the above captioned case, I have not taken any legal action related to the

bombing of Khobar Towers in Dhahran, Saudi Arabia on June 25, 1996.

4.      On June 25, 1996, my sister Lakisha S. Robertson was a service member in the United

States Air Force deployed to Saudi Arabia, stationed at Khobar Towers.  She was quartered at Khobar

Towers, a housing complex for United States Air Force personnel when terrorists detonated a truck

bomb next to the complex.

5.      The last time I saw my big sister before the attack was three years before she deployed,

when my nephew was born. On the day of the attack, I was at home with my parents. My dad told me

about the attack. I was only in elementary school at the time, and I felt really scared and began to cry.

I felt so nervous and anxious. We did not hear from my sister right away after the attack. I believe my

REDACTED

sister called us a couple of days after the attack to let us know she was okay. I was in a sad, nervous state until we heard from her.

6.     When I was finally reunited with my sister I felt so happy to see her and gave her a hug and kissed her. I cried, but tears of joy this time.

7.     Our relationship suffered after the attack. Before the attack, we spoke all the time. And since I'm her little sister she would get me cool things from the countries she visited. But the phone calls slowed down, and I didn't speak to her as much after the bombing. Seeing the shift in my sister, I prayed for every single day to get better. My family and I were concerned about her mental status which was bad during that time. I hated that my relationship with her became strained. Not hearing from her as much, and not feeling as close, made me feel sad and really miss her.

8.     I used to speak with my pastor at my church about the attack, the changes in my sister, and our relationship.  He would pray for her every time.

9.     In time my relationship has been repaired with my big sister, but sometimes she is still a little distant. Now I understand due to her PTSD why that can occur. So, I reach out to her more since I am older now, and she appreciates it, and we talk like we never missed a beat.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: _10/14/2024_                Signature:_____
              Date

2

REDACTED

# EXHIBIT 1

REDACTED



**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JASON M. BREEZEE, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No. 1:23-cv-03392 (BAH) |
| | * | |
| ISLAMIC REPUBLIC | * | |
| OF IRAN, | * | |
| | * | |
| Defendant. | * | |

**************************************************************************

<u>**DECLARATION OF LATOYA T. SAPP**</u>

I, **Latoya T. Sapp**, being competent to testify to the facts stated herein, and pursuant to 28 U.S.C.

§1746, hereby declare as follows:

1.      I am a citizen of the United States and a resident of Virginia.  A true and correct copy

of my birth certificate is attached hereto as Exhibit 1.

2.      I am the half-sister of Lakisha S. Robertson, a plaintiff and injured airman in this case.

3.      Aside from the above captioned case, I have not taken any legal action related to the

bombing of Khobar Towers in Dhahran, Saudi Arabia on June 25, 1996.

4.      On June 25, 1996, my sister Lakisha S. Robertson was a service member in the United

States Air Force deployed to Saudi Arabia, stationed at Khobar Towers.  She was quartered at Khobar

Towers, a housing complex for United States Air Force personnel when terrorists detonated a truck

bomb next to the complex.

5.      I was eleven years old when the attack happened. I was close with my sister growing

up; I always looked up to her. I went into the field of Human Resources because of her. I always

received great advice from her. My sister was always happy and energetic. Every time she came to

visit, I would be glued to her side.

REDACTED

6.      I was at home with my family when the news reported of the attack. I was confused at first. My mother and older siblings talked amongst themselves so I couldn't really grasp what was going on.  However, after my older brother told me that my sister was in the building where the attack happened, I became extremely scared and started crying. I thought the worst happened and just wanted my sister home. We did not know she survived until over 24 hours later, when my brother-in-law called and told us she was okay. During that time, I stressed worrying about whether my sister was alive; or, if she was hurt, how bad it was. I was filled with a lot of anxiety, stress, confusion and sadness.

7.      When I finally spoke to my sister for the first time after the attack, I was so happy to hear her voice. I could tell that she was a little shaken up which made me sad and a little nervous.

8.      Before the attack, my sister was always outgoing, positive, and always smiling, but since the incident, she has not been the same. My relationship with her changed for the worse after the attack.  My sister distanced herself and she became emotionally unavailable. She did not come to visit as much, and when she did come around, you could see and feel the stress and anxiety because she wore it on her face.

9.      Whenever I turn on the television and look at the news about a terrorist attack, or any type of gun violence or riots, I get nervous and start to stress. I always think back to my sister and thank God she is here.

10.      This attack caused a lot of mental and emotional stress on myself and my family, seeing how my sister changed after the attack. I get sad thinking about how the situation changed her; how it changed our family forever. I never really realized how such a serious situation at such an early age can have such a lasting effect on me emotionally and mentally. I love my sister so much and I hate how this changed her and affected myself, my siblings, and my mother.

2

REDACTED

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: 10/14/2024              Signature:_____
             Date

REDACTED

# EXHIBIT 1

REDACTED



THE CITY OF NEW YORK
VITAL RECORDS CERTIFICATE

## CERTIFICATION OF BIRTH

This is a certification of name and birth facts on file in the Office of Vital Records, Department of Health and Mental Hygiene, City of New York.

DATE OF BIRTH: **REDACTED**

CERTIFICATE No.: **REDACTED**

BOROUGH: **BROOKLYN**    DATE FILED: **REDACTED**    DATE ISSUED: **10-03-2023**

NAME: **LATOYA    TIFFANY    FERNANDEZ \*\*\***

SEX: **FEMALE**

MOTHER/PARENT'S NAME: **DILCIA    DABRIEL**

FATHER/PARENT'S NAME: **RALPH    FERNANDEZ**

*Gretchen VanWye*
Gretchen Van Wye, PhD, City Registrar

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

**REDACTED**

**REDACTED**

The City of New York

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Please carefully tear off the certificate along the perforated line

---

Please carefully tear off the certificate along the perforated line



LATOYA SAPP
**REDACTED**

**REDACTED**

AMOUNT PAID    **$44.30**

**REDACTED**