# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JASON M. BREEZEE, et al.,　　　　　*

　　　　*

　　Plaintiffs,　　　　　　*

　　　　*

　　v.　　　　　　　　*　　　Case No. 1:23-cv-03392 (BAH)

　　　　*

ISLAMIC REPUBLIC　　　　*

OF IRAN,　　　　　　　*

　　　　*

　　Defendant.　　　　*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DECLARATION OF MORGAN S. SPRUILL

I, **Morgan S. Spruill**, being competent to testify to the facts stated herein, and pursuant to 28

U.S.C. §1746, hereby declare as follows:

1.　　I am a citizen of the United States and a resident of Georgia.  A true and correct copy

of my birth certificate is attached hereto as Exhibit 1.

2.　　Aside from the above captioned case, I have not taken any legal action related to the

bombing of Khobar Towers on June 25, 1996.

3.　　On June 25, 1996, I was a Technical Sergeant in the United States Air Force stationed

at Little Rock Air Force Base with the 314th Airlift Wing, 314th Civil Engineer Squadron, deployed

to Dhahran, Saudi Arabia quartered at the Khobar Towers residential complex.  I was assigned to the

4404th Wing Provisional, with the 4404th Civil Engineer Squadron.  A true and correct copy of my

Certificate of Discharge is attached hereto as Exhibit 2.

4.　　On June 25, 1996, terrorists detonated a truck bomb next to the Khobar Towers

complex.

5.　　On the day of the attack, I was on the fourth floor in the corner suite of  building 133,

the Civil Engineer Squadron dorm facility, right next door to building 131, the building closest to the

REDACTED

blast. The bomb crater was at approximately a 45 to 60 degree angle to the right of the door opening, approximately 70 yards away.

6.      I was sitting in the day room of the suite, in an easy chair, with my left side facing the double sliding glass door that opened onto the balcony. SSgt Tony Whiting, one of my troops, and I were watching movies. We were due to fly out in two days and planned to stay up most of the night watching movies in an attempt to get back on a U.S. sleep schedule. I was actually not living in that dorm anymore, as I had already out-processed the squadron and turned the room over to my replacement, TSgt Jeffrey Craven. I was assigned to a billeting dorm on the other side of the compound but happened to be back hanging with my shop mates.

7.      The explosion was obviously massively loud and powerful; it threw me out of my chair and into a wall about five to seven feet to the right of where I was sitting. I landed in a bunch of glass and debris, with more flying around and hitting me for a second or two after the blast. Luckily, I was wearing sandals at the time and able to stand up and check myself out. I was bleeding from everywhere and my ears were hurting. I was checking my left leg and discovered a very large and deep cut in my left calf muscle (my finger went all the way into the bone). At this point, I yelled out to my buddies to see if they were okay; some were screaming in pain and some said they were fine. Jeff Craven and Chris Doggett were obviously seriously injured and needed assistance. I told the guys that were okay that I could walk and would head down the stairs when I was able. When I got to the lobby, there was a guy stuck in the morale phone booth barefooted and freaking out. I grabbed a large area rug nearby and shook it out and put it on the floor so he could get out. After that I stepped outside, half expecting for an armed assault to be underway. At this time, I started feeling very nauseous and faint and sat down on the curb. I guess I was going into shock from blood loss. I later saw a photograph of the stairwell with a blood trail and bloody handprints on the wall, which was from me. It was pretty upsetting and surreal to see something so clearly that had been all dust and panic when it happened.

2

REDACTED

Just then an unknown individual came running up and threw me over his shoulder and took me off for the medical building which had obviously become the collection point for casualties. I was taken to the triage area where someone applied bandages to the big cut on my shin and wrapped it to maintain pressure. About the time that I got bandaged, someone in full arrest with crush injuries was being brought in, so they put me on the floor beside the bed. I watched as they tried in vain to save the guy, but he died. A while later I was loaded in an ambulance and taken to King Abdulaziz hospital. True and correct copies of my medical records from the hospital are attached hereto as Exhibit 3.

8. At King Abdulaziz hospital, they performed a full body x-ray, and a short time later I was asked by a doctor about the screws in my left knee, which was from an ACL reconstruction. Then I was taken to an operating room and received about one hundred stitches to sew up all the cuts. The cut on the calf/shin took about fifty itself, working from the inside out, I was told post-op. I was put in a room with five other guys to recover. I was lying in bed thinking about all that had happened and a guy near me opened a can of coke; the sudden noise from that almost sent me under the bed. I had never reacted to sudden noises like that prior to the bombing. It really shook me for a while, but I wasn't sure if it was the noise or the way I reacted that upset me.

9. After two days, I was medevac'd from Saudi to Landstuhl hospital in Germany. True and correct copies of my medical records from Landstuhl are attached hereto as Exhibit 4.

10. After a couple of days, I boarded a C-141 and flew to multiple locations in the states; transloaded onto a C-9 Nightingale aircraft at Eglin AFB and made a few more stops before getting home to Little Rock. My wife met me on the tarmac.

11. As a result of the bombing, I sustained cuts and lacerations from head to toe, with the worst being on the left side of my body and the inside of my right leg. This was from the double glass sliding door a few feet to my left. The worst cut was midway of my left calf, which cut me about three or four inches back from the shin bone and down to the bone for that length. A fair-sized piece

3

REDACTED

of concrete or marble hit me in the right side of the face after I landed on all fours after hitting the wall I was thrown into.  A few years later I developed sciatica and come to find out I had a cracked vertebra, more likely than not from the explosion impact into the wall.  In 2004 I experienced a right eye retinal detachment; as the bombing was the only traumatic impact event I experienced I attribute it to the blast.  The detached retina surgery has left a bunch of floaters in my right eye that gives me headaches and eye strain when reading or typing for any length of time. I had back surgery in 2021 after dealing with sciatica from the broken vertebrae. I am still in pain much of the time from my lower back; I have to sleep with a pillow under my legs and take a daily NSAID. I had to stop many of my home project activities and playing golf due to my pain levels. I developed a painful jaw clicking within weeks of the blast which makes my jaw feel out of alignment.  I believe it resulted from the pieces of debris that hit me in the right side of the face, just in front of my ear, during the blast. The nerve damage and its impact is documented in the records from King Abdulaziz hospital. *See* Ex. 3. I have tinnitus which sounds like a jet engine in my ears *all* the time.  I have to take Ambien every night to get to sleep and run a fan on a high setting for the noise.

12.    The aversion to loud, sudden noises began immediately following the blast and continues. PTSD issues have become very prevalent in my daily interactions. There are numerous situations that cause me to get emotional, that never would have been the case prior. My cognition and short-term memory have become alarmingly worse in recent years, to the point that I'm worried about it affecting my employment.

13.    I was awarded the Purple Heart for the injuries I sustained in the Khobar Towers bombing. True and correct copies of my certificate for the Purple Heart and special order dated July 2, 1996, are attached hereto as Exhibit 5.

REDACTED

14.     I was also awarded the Air Force Commendation Medal with 4 oak leaf clusters, *see* Ex. 2, and the Armed Forces Expeditionary Medal.  A true and correct copy of the Armed Forces Expeditionary Medal is attached hereto as Exhibit 6.

15.     I have a combined 100 percent VA disability rating, including 20% for degenerative joint disease, thoracolumbar spine with degenerative arthritis; 50% for post traumatic stress disorder; 10% for right lower extremity radiculopathy; 30% for traumatic injuries, right knee with degenerative changes; 50% for obstructive sleep apnea; 10% for status post pneumatic retinopexy, right eye; 10% for tinnitus; 30% for traumatic injuries, left knee with degenerative changes; 10% for scar, left mid-calf, status post blast injury; and 10% neuralgia, right facial nerve, all of which were caused by the Khobar Towers bombing. A true and correct copy of my VA disability ratings are attached hereto as Exhibit 7.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: _10/14/2024_        *Morgan S Spruill*
            Date                   Signature

REDACTED

# EXHIBIT 1

REDACTED



REDACTED

# EXHIBIT 2

REDACTED

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| SPRUILL, MORGAN SCOTT | AIR FORCE -- REG AF | REDACTED |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE O |
|---|---|---|---|
| SMSGT | E8 | REDACTED | (YYYYMMDD) N/A |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY(City and state, or complete address if known) |
|---|---|
| MOODY AFB GA | REDACTED |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| 509 CIVIL ENGINEERING SQ   (ACC) | WHITEMAN AFB  MO |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| NOT APPLICABLE | AMOUNT: $250,000 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(s) | MONTH(s) | DAY(s) |
|---|---|---|---|---|
| 3E090: Electrical Systems Superintendent, 14 years and 11 months. 3S051: Personnel Journeyman, 5 years and 11 months. | a. DATE ENTERED AD THIS PERIOD | 1984 | Apr | 05 |
| | b. SEPARATION DATE THIS PERIOD | 2005 | Feb | 28 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 20 | 10 | 26 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 04 | 26 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 10 | 01 |
| | f. FOREIGN SERVICE | 03 | 09 | 18 |
| | g. SEA SERVICE | 00 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2003 | Mar | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED   (All periods of service) | 14. MILITARY EDUCATION(Course title, number of weeks, and month and year completed) |
|---|---|
| Purple Heart, Air Force Commendation Medal with 4 oak leaf clusters (OLC), Air Force Achievement Medal with 2OLC, Meritorious Service SEE REMARKS | Basic Military Training, 6wks, Jun 84; Administration Specialist Course, 240hrs, Jul 84; NCO Leadership School, 4.5wks, Jun 88; SEE REMARKS |

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | | YES | X | NO |
|---|---|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | | X | YES | NO |

| 16. DAYS ACCRUED LEAVE PAID   2.5 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| | | | X |

### 18. REMARKS

ITEM 13:   Medal with 1OLC, Armed Forces Expeditionary Medal with 1OLC, NCO Professional Military Education Ribbon with 2OLC, Small Arms Expert Marksmanship Ribbon/Rifle, National Defense Service Medal with bronze star, Air Force Overseas Short Tour Ribbon, Army Service Ribbon, Air Force Training Ribbon, Air Force Longevity Service Award wtih 4OLC, Air Force Outstanding Unit Award with 6OLC, Air Force Good Conduct Medal with 5OLC.
ITEM 14:   Electric Power Line Specialist Apprentice Course, 358hrs, Mar 90; NCO Academy, 6wks, Oct 95; SEE CONTINUATION SHEET---------------
The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | b. NEAREST RELATIVE (Name and address – include Zip Code) |
|---|---|
| REDACTED | MARY N SPRUILL SAME AS ITEM 19A |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO   GA   DIRECTOR OF VETERANS AFFAIRS | X | YES | NO |
|---|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN   (Typed name, grade, title and signature) |
|---|---|
| Morgan S. Spruill | DANNY J. POLING, TSgt, USAF NCOIC, Retirements and Separations |

---

### SPECIAL ADDITIONAL INFORMATION   (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (include upgrades) |
|---|---|
| RETIREMENT | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AFI 36-3203 | RBD | 2V |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| SUFFICIENT SERVICE FOR RETIREMENT |

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | |

**DD Form 214-AUTOMATED, FEB 2000**   *PREVIOUS EDITION IS OBSOLETE.*   **MEMBER-4**

REDACTED

1. NAME (LAST, FIRST, MI)   2. DEPARTMENT,COMPONENT AND BRANCH   3. SOCIAL SECURITY
SPRUILL  MORGAN  SCOTT                  AIR FORCE -- REG AF              REDACTED

4a. GRADE, RATE, OR RANK      4b. PAY GRADE       4c. DATE OF SEPARATIO..
SMSGT                         E8                  2005  Feb 28

ITEM 14:     USAF Senior NCO Academy, 6.5wks, Nov 02.
Subject to Recall to Active Duty by the Secretary of the Air Force.
------------------------------NOTHING  FOLLOWS------------------------------

SPRUILL  MORGAN  SCOTT

DANNY J. POLING, TSg, USAF
NCOIC, Retirements and Separations

REDACTED

# EXHIBIT 3

REDACTED

# REDACTED

`

# REDACTED

# REDACTED

REDACTED

REDACTED



# EXHIBIT 4

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

# EXHIBIT 5

REDACTED



# · THE UNITED STATES OF AMERICA

## TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

### THIS IS TO CERTIFY THAT
### THE PRESIDENT OF THE UNITED STATES OF AMERICA
### AUTHORIZED BY ORDER OF
### GENERAL GEORGE WASHINGTON, AUGUST 7, 1782
### HAS AWARDED

## THE PURPLE HEART

### TO

TECHNICAL SERGEANT MORGAN S. SPRUILL

### FOR
### WOUNDS RECEIVED IN ACTION
#### 25 JUNE 1996

**GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON**
**THIS  2nd          DAY OF   July       1996**

CHIEF OF STAFF



REDACTED

**DEPARTMENT OF THE AIR FORCE**
**WASHINGTON DC 20330-5020**

**SPECIAL ORDER**                    **2 JULY 1996**
**GB-301**

**BY DIRECTION OF THE PRESIDENT, TECHNICAL SERGEANT MORGAN S. SPRUILL,** REDACTED **IS AWARDED THE PURPLE HEART FOR WOUNDS INCURRED ON 25 JUNE 1996, AS THE RESULT OF ACTION BY A HOSTILE FOREIGN FORCE.**

**BY ORDER OF THE SECRETARY OF THE AIR FORCE**



**KEVIN A. COLLINS, Colonel, USAF**                    **DISTRIBUTION**
**Director of Information Management**                    **GO**

**GB-301**

REDACTED

# EXHIBIT 6

REDACTED

# THE UNITED STATES OF AMERICA

## TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

### THIS IS TO CERTIFY THAT

### THE SECRETARY OF DEFENSE OF THE UNITED STATES OF AMERICA

HAS AWARDED

## THE ARMED FORCES EXPEDITIONARY MEDAL

TO

### TECHNICAL SERGEANT MORGAN S. SPRUILL

FOR

*Outstanding Service in Support of*
*Operation SOUTHERN WATCH*
*4404th Wing (Provisional)*
*King Abdul Aziz Air Base*
*Dhahran, Kingdom of Saudi Arabia*

*27 Jun 96*



ROBBIN R. SCHELLHOUS, Lt Col, USAF
Commander, 4404th CES (P)

REDACTED

*OPERATION SOUTHERN WATCH*

# THE ARMED FORCES EXPEDITIONARY MEDAL

*is awarded to*



*Technical Sergeant Morgan S. Spruill*

*from*

*22 Mar 96 to 27 Jun 96*



*for*

*MERITORIOUS SERVICE*

Sergeant Spruill distinguished himself by outstanding service in support of Operation SOUTHERN WATCH while assigned to the 4404th Wing (Provisional), 4404th Support Group, 4404th Civil Engineer Squadron, King Abdul-Aziz Air Base, Dhahran, Kingdom of Saudi Arabia. His service was instrumental in ensuring compliance with United Nations resolutions and insuring the national interests of the United States of America. Sergeant Spruill's strong and unyielding allegiance to our nation reflects credit upon himself and the United States Air Force.

*This is to certify that the accompanying Expeditionary Medal was flown over Iraq by the world famous Rocketeers on an actual combat mission while enforcing United Nations sanctions in support of Operation Southern Watch.*

REDACTED

# EXHIBIT 7

REDACTED

REDACTED

REDACTED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JASON M. BREEZEE, et al.,                    *
                                             *
     Plaintiffs,                            *
                                             *
     v.                                     *          Case No. 1:23-cv-03392 (BAH)
                                             *
ISLAMIC REPUBLIC                             *
OF IRAN,                                     *
                                             *
     Defendant.                             *
**************************************************************************

<u>**DECLARATION OF RHONDA L. SPRUILL**</u>

I, **Rhonda L. Spruill**, being competent to testify to the facts stated herein, and pursuant to 28 U.S.C. §1746, hereby declare as follows:

    1.     I am a United States citizen and a resident of Georgia. A true and correct copy of my birth certificate is attached hereto as Exhibit 1.

    2.     I am the wife of Morgan S. Spruill, a plaintiff and injured airman in this case. A true and correct copy of our marriage certificate is attached hereto as Exhibit 2.

    3.     Aside from the above captioned case, I have never taken any legal action related to the attack on Khobar Towers in Dhahran, Saudi Arabia on June 25, 1996.

    4.     On June 25, 1996, my husband Morgan S. Spruill was a service member in the United States Air Force deployed to Saudi Arabia, stationed at Khobar Towers. He was quartered at Khobar Towers, a housing complex for United States Air Force personnel when terrorists detonated a truck bomb next to the complex.

    5.     My husband deployed to Saudi Arabia in March 1996, and we went out to celebrate my birthday right before he deployed. He was to be deployed for 90 days. I took him to the base for deployment, and we said our goodbyes with hugs and kisses.

REDACTED

6.    My husband was due to return from his deployment a week before the attack. Due to a training issue with his replacement, it was, regrettably, delayed. On the day of the attack, I had been in a conference at work all day and had silenced my cell phone. By the time I returned home from work and stepped in the door, my friends from all over started calling me to ask me about Morgan's wellbeing. I had no idea what had happened. The next few hours were a haze of me trying to reach out to local squadron contacts and base operations to find out what had happened and what they knew about his wellbeing.

7.    Since the internet was not an option for communicating with my husband back in the 90s, I was relying on the military to follow whatever protocol was in place for such a traumatic event. Surely, they could tell me how he was, where he was, if…he was…

8.    I soon discovered their communication and information, early on, was as hazy as mine. Within hours, I started receiving small details from former active-duty members that were stationed with my husband but had recently returned to the states. I also started receiving calls from wives of military still stationed over there, giving me bits and pieces of information that they were getting from the internet. They were able to tell me the location of the apartment-style barracks in relation to the actual explosion. I knew there had to be quite an impact judging from the proximity. However, they informed me that his replacement had taken up his room in the apartment and Morgan was staying in the temporary lodging facility (TLF) awaiting this soon return. The TLF was quite a distance from the actual living quarters and explosion. Then, I thought about the time of day or night it was when it occurred.  Knowing my husband and how much of a people person he was, I knew he would be hanging out with his fellow military friends after work hours, not stuck in a TLF room, by himself.  I deduced the chances of him being across base with his fellow teammates at their dorm location, closer to the explosion was a greater probability.

2

REDACTED

9.      Sometime later in the night, I received a call that he was accounted for and okay. I was thankful for the news as I was hearing about the loss of life on the news by this time. Within a couple more hours, I received another phone call from the base with an update that would plummet my emotions, once again. They told me that he was injured *but* they could not give me any details on the extent of any injuries.

10.     By day two, I started receiving calls from the local media outlets wanting to interview me regarding the local victims of this horrible attack. At the same time, I started receiving calls from the base public relations department advising me on what to stay if I decided to speak to any news organizations. I was left bewildered at the need for any of this when all I wanted was to find out his condition and location. No other updates came from anywhere until day three.

11.     Day three post-explosion, I had declined any physical interviews but had told reporters by phone of the minimal information of his injuries that I had received. Later in the afternoon, I received a call. To my astonishment, it was from Morgan himself! No military liaison, no medical personnel, no public relations person, but my husband.  He had asked for a phone after he had awoken from surgery to call me. He was in a German hospital having been flown there from loss of blood to multiple areas of his lower extremities. The main being a major vein laceration from glass shards.  I had never been so thankful to hear his voice even though it was weak. He told me how he had gone to hang out and watch movies with his comrades at the apartment building.  He told me of the horrible explosion and flying glass everywhere. One whole wall in the open floor was complete glass. He said that he had just walked by that wall of glass to change the tv channel only a few seconds before the explosion.

12.     Morgan was flown back to the States in a medic plane with the remains of many stationed in Florida.  It was very emotional for him upon returning as they offered to transport him to the Presidential remembrance/services being held there. The base did have a welcome return for him

REDACTED

and were very polite and accompanied me to get ready for it. They had the red carpet rolled out to the plane and it was late at night, as I remember. They escorted me up the steps to see him as quick as I could, as he was strapped on a stretcher. It was traumatic to see the multiple bandages from his legs to above his head/ear.

13.    My husband's legs now have scars and nerve damage that looks like a shark got a hold of him with the jaggedness of the cuts up the length from the shattered glass. He used crutches for a short time after returning. I helped him maneuver in and out of his crutches for medical visits, and post wartime counseling. He has a deep gash right above his ear where there's nerve damage. He had a detached retina, years later, on that side of his face from the blow.

14.    After the bombing, Morgan would jump out of his skin at sudden loud sounds. He would wake up in the night from nightmares for the longest time. I talked him through loud noise stressors and nightmares when he would wake suddenly, breathing fast from flashbacks in his sleep. I now understand PTSD when I hear it from military stories today, because I got a glimpse of it as it related to him.

15.    It brings tears to my eyes now thinking about going through all of it. How close I came to losing him and him going through all of it alone. But I am so proud of him and all that he accomplished while there and in the Air Force. That being said, would I encourage my son (19) to join the Air Forces today? No.

16.    My son, a quiet, smart, introvert, wrote a paper that I found later, about the greatest hero, his dad. We have been so blessed.

17.    This was an event that changed us in so many ways.  After the attack, I held my husband a little longer. Thanked God a little more. Enjoyed special moments, trips, date nights, and vacations with a different appreciation. Mostly, I dreaded the thought of him ever being deployed again.

4

REDACTED

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: ___10/15/2024___    Signature: _Rhonda L. Spruill_____
           Date

REDACTED

# EXHIBIT 1

REDACTED

# STATE OF MISSISSIPPI

MISSISSIPPI STATE DEPARTMENT OF HEALTH
VITAL RECORDS

Braddock, M. D.

**CERTIFICATE OF LIVE BIRTH**
**STATE OF MISSISSIPPI**

DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE PUBLIC HEALTH SERVICE

STATE FILE NUMBER — REDACTED
REGISTRAR'S NUMBER

RCVED H. S. 3 1965
Form No. 500
Revised 1-1-56

1. PLACE OF BIRTH
   a. COUNTY: Clay
   b. CITY, TOWN, OR LOCATION: West Point
   c. NAME OF HOSPITAL OR INSTITUTION (If not in hospital, give street address): Ivy Memorial Hospital

2. USUAL RESIDENCE OF MOTHER
   a. STATE: Mississippi
   b. COUNTY
   c. CITY, TOWN, OR LOCATION: West Point
   d. STREET ADDRESS: REDACTED
   RESIDENCE ON A FARM? YES ☐ NO ☒

CHILD
3. NAME: Rhonda (First) Carol (Middle) Langford (Last)
5a. SEX: F   5b. THIS SINGLE   6. DATE OF BIRTH: REDACTED

FATHER
7. NAME: Thurman (First) (Middle) Langford (Last)
8. COLOR OR RACE: White
REDACTED
9. BIRTHPLACE (State or foreign country): Mississippi
11a. USUAL OCCUPATION  11b. KIND OF BUSINESS OR INDUSTRY: Bryan Brothers Packing Company

MOTHER
12. MAIDEN NAME: Ella (First) Weese (Middle) Morris (Last) Langford
13. COLOR OR RACE: White
REDACTED
14. BIRTHPLACE (State or foreign country): Mississippi
16. PREVIOUS DELIVERIES TO MOTHER: REDACTED

17. INFORMATION GIVEN BY: Mother: Mrs. Ella Weese Morris Langford
18. MOTHER'S MAILING ADDRESS: REDACTED

I hereby certify that the child was born alive on the date stated above.
19a. SIGNATURE: Braddock
19b. ATTENDANT AT BIRTH: M.D. ☒ MIDWIFE ☐ OTHER (Specify)
19c. ADDRESS: West Point, Mississippi   DATE SIGNED: REDACTED

20. DATE REC'D BY LOCAL REG: REDACTED
21. REGISTRAR'S SIGNATURE: Ruth B. Hawkins  DEPUTY STATE REGISTRAR BY

FOR MEDICAL AND HEALTH USE ONLY (This section MUST be filled out)
23a. LENGTH OF PREGNANCY: REDACTED   23b. WEIGHT AT BIRTH   24. IS MOTHER MARRIED? YES ☒ NO ☐
x Ella Weese Morris Langford

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE

F. E. Thompson Jr. MD
F. E. Thompson, Jr., M.D., M.P.H.
STATE HEALTH OFFICER

SEP 13 96

Nita Cox Gunter
Nita Cox Gunter
STATE REGISTRAR

**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THIS IS WATERMARKED PAPER. DO NOT ACCEPT WITHOUT FIRST HOLDING TO LIGHT TO VERIFY WATERMARK.

REDACTED

# EXHIBIT 2

REDACTED



# STATE OF MISSISSIPPI

## MARRIAGE LICENSE

### COUNTY OF

### LOWNDES

To any Judge, Minister, Justice or any other Person Lawfully authorized to celebrate the Rites of Matrimony.

**YOU ARE HEREBY LICENSED TO CELEBRATE THE**

## RITES OF MATRIMONY

BETWEEN

Mr. *Morgan Scott Spruill* and

M. *Rhonda Carol Langford*

and for so doing this shall be your warrant.

Given under my hand and official seal this the

**REDACTED**

in the year of our Lord One Thousand Nine Hundred

**REDACTED**    a.m., 12:30 p.m.

*T. E. Wiggins* Circuit Clerk.

By *Jean B. Cook* D. C.

The State of Mississippi, By Virtue of A License

**LOWNDES COUNTY**

From the Clerk of the Circuit Court of said County of **LOWNDES** I have

this day celebrated the Rites of Matrimony between

Mr. *Morgan Scott Spruill* and

M. *Rhonda Carol Langford*

**REDACTED**

*Donald S. Berry* (Seal.)

**REDACTED**