IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON M. BREEZEE., *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No.  1:23-cv-03392 (BAH) |
| | * | |
| ISLAMIC REPUBLIC | * | |
| OF IRAN, | * | |
| | * | |
| Defendant. | * | |

*******************************************************************************

**NOTICE OF WITHDRAWAL OF AFFIDAVIT REQUESTING FOREIGN MAILING**

Plaintiffs respectfully give notice that—pursuant to the Court's request and in light of subsequent procedural developments—they hereby withdraw the Affidavit Requesting Foreign Mailing previously filed at ECF No. 78.

On September 9, 2025, the Court granted severance of the later-added Kerr plaintiffs into a new civil action and permitted Plaintiffs here to proceed on a substantially identical Second Amended Complaint as to the remaining parties. *See* ECF Nos. 81-82. Following that relief, on September 11, 2025, the Clerk re-entered default against the Islamic Republic of Iran in this action. *See* ECF Nos. 83-84. In view of those events, the Affidavit is no longer necessary in this case.

Dated: September 18, 2025                                                                 Respectfully Submitted,


/s/ Joshua M. Ambush
Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road
Suite 303
Baltimore, Maryland 21208
Phone: (410) 484-2070
Fax: (410) 484-9330
Email: joshua@ambushlaw.com

Attorney for Plaintiffs