CO 939
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

JASON M. BREEZEE et al
_____
Plaintiff(s)

vs.

Civil Action No.: 1:23-cv-03392-BAH

ISLAMIC REPUBLIC OF IRAN
_____
Defendant(s)

### CERTIFICATE OF CLERK

I hereby certify under penalty of perjury, that on the __26th__ day of __November__, 20__25__, I dispatched for mailing:

1. ☐ One copy of the _summons and complaint_ by _registered mail, return receipt requested_, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☐ One copy of the _summons, complaint and notice of suit_, together with a translation of each into the official language of the foreign state, by _registered mail, return receipt requested_, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☒ Two copies of the _default judgment_, together with a translation of each into the official language of the foreign state, by _FedEx_, to the U.S. Department of State, CA/OSC/L, SA-17, 10th Floor, Washington, DC 20522-1710, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the _summons and complaint_, together with a translation of each into the official language of the foreign state, by _registered mail, return receipt requested_, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

ANGELA D. CAESAR, CLERK

By: __/s/ Michele M. Grady__
Deputy Clerk